**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-50771**
**Summary Calendar**
_____


**MICHELLE R. GRIFFIN,**

**Plaintiff-Appellant,**


**VERSUS**


**LANDMARK CONSTRUCTION CORPORATION,**

**Defendant-Appellee.**


_____

Appeal from the United States District Court
For the Western District of Texas

(W-96-CV-475)
_____
April 3, 1998


Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michelle Griffin sued her former employer, Landmark Construction Corporation, in a state district court asserting that she was wrongfully terminated from her employment in violation of the Texas Commission on Human Rights Act.  The case was removed

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from the state district court to the United States District Court for the Western District of Texas on diversity of citizenship. In federal court, Landmark filed a Motion for Summary Judgment on the grounds that Griffin had failed to raise a genuine issue of fact as to sexual discrimination being the reason for her termination. The district court concluded that the summary judgment evidence established that Landmark terminated Griffin for legitimate non-discriminatory reasons and there was no summary judgment evidence that these reasons were pretextual. Accordingly, the district court granted the Motion for Summary Judgment and entered a Final Judgment dismissing Griffin's claims.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself. For the reasons set forth by the district court in its Order filed under date of August 28, 1997, we have determined that the Final Judgment entered under date of August 28, 1997, should be, and it is hereby, AFFIRMED.